# D.D.S.

# LOS ANGELES COUNTY RETURN SLIP

| | | |
|---|---|---|
| **Secretary** | Karen Kim | 3250771 |
| **Firm** | East West Law Group | |
| **Address** | 3600 WILSHIRE BLVD STE 702 | 330 |
| **City** | LOS ANGELES    90010 | |
| **Phone #** | (213) 387-3630 | |
| **Party To be Served** | MODNE, INC., a California corporation | |
| **Docs:** | SUMMONS & COMPLAINT | |
| **Case Name:** | SPIGEN KOREA CO. v MODNE, INC. | |
| **Billing Ref:** | SPIGEN KOREA CO. v MODNE, INC. | |
| **Case #** | 217CV06674SJOFFM | |

# LOS ANGELES COUNTY RETURN SLIP

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RICHARD KIM (SBN 272184)<br>3600 WILSHIRE BLVD STE 702<br>LOS ANGELES    CA    90010 | (714) 276-1122 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
SPIGEN KOREA CO. v MODNE, INC.

| 3250771 | (HEARING) Date | Time | Dept | Case Number:<br>217CV06674SJOFFM |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>SPIGEN KOREA CO. v MODNE, |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT
   STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE S. JAMES OTERO

3. a. PARTY SERVED:    MODNE, INC., a California corporation

   b.               Woo Jin Kim, Agent for Service

4. ADDRESS:         13915 CERRITOS CORPORATE DR STE D
                    CERRITOS         CA         90703
5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
       ON   11/17/2017   AT   10:30:00 AM
   b.  BY LEAVING THE DOCUMENTS LISTED IN 2  WITH OR IN THE PRESENCE OF:
       JOHN NGUYEN, PERSON APPARENTLY IN CHARGE
       ASIAN MALE 30YRS 5'7" 130LBS. BLAC HAIR
       (1) (BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE GENERAL NATURE OF THE PAPERS
       (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
       (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED
6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   d. ON BEHALF OF:    MODNE, INC., a California corporation

                    Woo Jin Kim, Agent for Service
   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 416.10 (CORPORATION)

| 7a. Person Serving:  Livingston  A    Beckford | d. The fee for service was    $60.85 |
|---|---|
| | e. I am: |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | (1)   not a registered California process server:<br>(3) X registered California process server:<br>  (i) Independent Contractor |
| c. (714) 662-5555 | (i) Registration No:         6692<br>(i) County:    LOS ANGELES |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Livingston  A    Beckford
11/20/2017                                                     X _____
                                                                    SIGNATURE

Form Approved for Optional Use Judicial
Council of California                         **PROOF OF SERVICE**                CRC 982(A)(23)
POS-010 [REV Jan 1 2007]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RICHARD KIM (SBN 272184)<br>3600 WILSHIRE BLVD STE 702<br>LOS ANGELES    CA          90010 | (714) 276-1122 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
SPIGEN KOREA CO. v MODNE, INC.

| 3250771 | (HEARING) Date | Time | Dept | Case Number:<br>217CV06674SJOFFM |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>SPIGEN KOREA CO. v MODNE, |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   11/20/2017

5. b (4) AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT
STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE S. JAMES OTERO

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:  COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

MODNE, INC., a California corporation

Woo Jin Kim, Agent for Service
13915 CERRITOS CORPORATE DR STE D
CERRITOS           CA        90703

DECLARANT:  MONICA FIGUEROA

d. The fee for service was       $60.85
e. I am:
  (1) X   not a registered California process server:
  (3)     registered California process server:
     (i) Employee
     (i) Registration No:
     (i) County:  Orange

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.   MONICA FIGUEROA

11/20/2017

X _____
     SIGNATURE

**PROOF OF SERVICE**