```
                    FILED
             CLERK, U.S. DISTRICT COURT

               November 15, 2018

           CENTRAL DISTRICT OF CALIFORNIA
           BY:      VPC      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD., a Republic of Korea corporation,<br><br>　　　　Plaintiff / Counterclaim Defendant,<br><br>　　vs.<br><br>MODNE, INC., a California corporation; DOES 1 through 10, inclusive,<br><br>　　　　Defendant / Counterclaim Plaintiff. | CASE NO. 2:17-cv-06674-SJO-FFM<br><br>Hon. S. James Otero<br><br>**ORDER ON FOURTH JOINT STIPULATION FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT AGREEMENT**<br><br>Complaint Filed: September 11, 2017 |
| MODNE, INC., a California corporation<br>　　　　Counterclaim Plaintiff,<br>　　vs.<br><br>SPIGEN KOREA CO., LTD., a Republic of Korea corporation; SPIGEN, INC., a California corporation,<br>　　　　Counterclaim Defendants. | |

4851-9441-7530v1/104621-0024

1      Good cause having been shown in the parties' Fourth Joint Stipulation for
2  Additional Time to Complete Settlement Agreement, the parties are granted the
3  requested additional time and must now complete the written memorialization of the
4  August 29, 2018 mediation by November 30, 2018.

6      IT IS SO ORDERED.

8  DATED:   11/15/18

                                           HONORABLE S. JAMES OTERO
                                           UNITED STATES DISTRICT JUDGE